

Seyfarth Shaw LLP
620 Eighth Avenue
New York, New York  10018
T (212) 218-5500
F (212) 218-5526

jegan@seyfarth.com
T (212) 218-5291

www.seyfarth.com

**MEMO ENDORSED**

March 22, 2021

**VIA ECF & EMAIL**

Hon. Katherine Polk Failla
U.S. District Judge
U.S. District Court for the Southern District of New York
40 Foley Square, Room 2103
New York, NY 10007
Failla_NYSDChambers@nysd.uscourts.gov

Re:   *Jaquez v. William Blair & Company, L.L.C.*,
      Civil Action No.: 1:21-cv-01993-KPF (S.D.N.Y.)

Dear Judge Failla:

      This firm represents Defendant William Blair & Company, L.L.C. ("Defendant") in the above-referenced matter.  We write, with the consent of Plaintiff Ramon Jaquez ("Plaintiff"), to respectfully request a 30-day extension of time for Defendant to respond to the Complaint, up to and including April 30, 2021.

      By way of background, Plaintiff commenced this action on or about March 8, 2021. (ECF No. 1.)  Plaintiff served the Summons and Complaint on March 10, 2021, and Defendant's responsive pleading deadline is currently March 31, 2021.  (ECF No. 5.)

      This letter is the first request for an extension of Defendant's responsive pleading deadline.  Defendant is requesting this extension to provide it with additional time to investigate the allegations in the Complaint.  We have communicated with counsel for Plaintiff, and Plaintiff consents to this request.

      We respectfully submit this request in good faith and not to cause undue delay. The granting of this application will not impact any other scheduled deadlines.  We thank the Court for its time and attention to this matter.

68811965v.1



Hon. Katherine Polk Failla
March 22, 2021
Page 2

Respectfully submitted,

SEYFARTH SHAW LLP

*/s/ John W. Egan*

John W. Egan

cc:   All counsel of record (via ECF)

Application GRANTED.

Dated:   March 22, 2021
         New York, New York

SO ORDERED.

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE