

Seyfarth Shaw LLP
620 Eighth Avenue
New York, New York 10018
T (212) 218-5500
F (212) 218-5526

jegan@seyfarth.com
T (212) 218-5291

www.seyfarth.com

**MEMO ENDORSED**

April 28, 2021

**VIA ECF & EMAIL**

Hon. Katherine Polk Failla
U.S. District Judge
U.S. District Court for the Southern District of New York
40 Foley Square, Room 2103
New York, NY 10007
Failla_NYSDChambers@nysd.uscourts.gov

**Re:** *Jaquez v. William Blair & Company, L.L.C.*,
Civil Action No.: 1:21-cv-01993-KPF (S.D.N.Y.)

Dear Judge Failla:

This firm represents Defendant William Blair & Company, L.L.C. ("Defendant") in the above-referenced matter. We write, with the consent of Plaintiff Ramon Jaquez ("Plaintiff"), to respectfully request a 30-day extension of time for Defendant to respond to the Complaint, up to and including May 31, 2021.

By way of background, Plaintiff commenced this action on or about March 8, 2021. (ECF No. 1.) Plaintiff served the Summons and Complaint on March 10, 2021, and Defendant's responsive pleading deadline was initially due on March 31, 2021. (ECF No. 5.) On March 22, 2021, Defendant, with the consent of Plaintiff, requested an initial extension of time of its responsive pleading, to April 30, 2021. (ECF No. 7.) The Court granted Defendant's request the same day. (ECF No. 8.)

This letter is the second request for an extension of Defendant's responsive pleading deadline. Defendant is requesting this extension to provide additional time to investigate the allegations in the Complaint, and to discuss a potential non-litigated resolution with Plaintiff. We have communicated with counsel for Plaintiff, and Plaintiff consents to this request.

We respectfully submit this request in good faith and not to cause undue delay. The granting of this application will not impact any other scheduled dates, including the Rule 16 Initial Conference scheduled for June 16, 2021, and the associated pre-conference submissions. (ECF No. 10.) We thank the Court for its time and attention to this matter.

69990058v.1



Respectfully submitted,

SEYFARTH SHAW LLP

*/s/ John W. Egan*

John W. Egan

cc: All counsel of record (via ECF)

Application GRANTED.

Dated: April 28, 2021
New York, New York

SO ORDERED.

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE