IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RAMON JAQUEZ, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>-v-<br><br>WILLIAM BLAIR & COMPANY, L.L.C.,<br><br>Defendant. | Civil Case Number: 1:21-cv-01993-KPF |

## DISMISSAL ORDER

**IT IS HEREBY ORDERED:**

THAT pursuant to the parties' June 14, 2021 Stipulation of Dismissal, all claims asserted against Defendant in Civil Action No. **1:21-cv-01993-KPF**, are dismissed with prejudice; and

THAT all parties shall bear their own attorneys' fees and costs incurred in this action.

**SO ORDERED THIS** 14th **day of June 2021.**

```
The Clerk of Court is directed to terminate all pending motions,
adjourn all remaining dates, and close this case.
```

_____
HONORABLE KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE